## LONGNECKER v. HIS CREDITORS.

### No. 12,268; March 21, 1888.

17 Pac. 220.

**Insolvency—Setting Aside Discharge—Discretion.**—The disposition of a motion to set aside a decree of final discharge in insolvency rests largely on the discretion of the nisi prius court, and will not be reviewed except in case of an abuse of that discretion.

APPEAL from Superior Court, Butte County; Leon D. Freer, Judge.

W. R. Felter, one of the creditors of G. H. Longnecker, an insolvent debtor, filed in the superior court an opposition to the insolvent's discharge, which opposition was demurred to. Felter's attorney confessed the demurrer, and fifteen days were allowed in which to amend the opposition, but no amended opposition was filed within the time granted, and a default was entered, and the insolvent discharged. The motion to set aside the default was based upon an alleged verbal understanding between the parties as to the filing of the amended opposition.

Albert M. Johnson for appellant; W. J. Herrin for respondent.

Per CURIAM.—This is an appeal from an order denying a motion to set aside a decree of final discharge in insolvency. The motion was based upon the inadvertence, surprise, excusable neglect, etc., of the appellant. The disposition of motions of this kind rests largely in the discretion of the nisi prius court; and in this case we see no such abuse of discretion as would warrant us in disturbing the ruling of the court below. Order affirmed.